1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL D. ANDERSON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2755

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )
                                   )  CASE NO. 2:08-MJ-261 GGH
12 |           Plaintiff,              )
                                   )  STIPULATION AND ORDER TO
13 |                                   )  EXTEND TIME FOR PRELIMINARY
        v.                          )  EXAMINATION AND EXCLUDE TIME
14 |                                   )
   OLIVER A. CHAPMAN, III,           )
15 |                                   )
           Defendant.               )
16 | _____ )

17

18 |      The parties agree that time beginning February 7, 2011, and

19 | extending through March 21, 2011, should be excluded from the

20 | calculation of time under the Speedy Trial Act.  Further, the

21 | Defendant consents to an extension of the time for preliminary

22 | examination until March 21, 2011.  Fed. R. Crim. P. 5.1(d).  The

23 | parties submit that the ends of justice are served by the Court

24 | excluding such time that they may have reasonable time necessary

25 | for effective preparation, taking into account the exercise of

26 | due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular,

27 | the time is required so that the government and Defendant may

28 | analyze the evidence and determine whether this case is

1

1  appropriate for pre-indictment disposition.  The parties submit

2  that this interest of justice outweighs the interest of the

3  public and the Defendant in a speedy filing of an indictment or

4  information, in accordance with Title 18, United States Code, §

5  3161(b) and (h)(8)(A), and further that this good cause outweighs

6  the public's interest in the prompt disposition of criminal

7  cases, in accordance with Fed. R. Crim. P. 5.1(d).

8

9                                     Respectfully Submitted,

10                                     BENJAMIN B. WAGNER
                                       United States Attorney
11

12

13  DATED: February 2, 2011     By:   /s/ Michael D. Anderson
                                       MICHAEL D. ANDERSON
14                                     Assistant U.S. Attorney

15

16

17  DATED: February 2, 2011     By:   /s/Donald Dorfman
                                       DONALD DORFMAN
18                                     Attorney for the Defendant

19

20                          O R D E R

21

22      IT IS SO ORDERED

23  Date: February 4, 2011          /s/ Gregory G. Hollows

24                                  _____
                                     HON. GREGORY G. HOLLOWS
25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28