1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )   CASE NO. 2:08-MJ-261 GGH
12           Plaintiff,              )
                                     )   STIPULATION AND ORDER TO
13      v.                           )   EXTEND TIME FOR PRELIMINARY
                                     )   EXAMINATION AND EXCLUDE TIME
14                                   )
    OLIVER A. CHAPMAN, III,          )
15                                   )
             Defendant.             )
16  _____)

17

18       The parties agree that time beginning June 3, 2011, and

19  extending through July 15, 2011, should be excluded from the

20  calculation of time under the Speedy Trial Act.  Further, the

21  Defendant consents to an extension of the time for preliminary

22  examination until July 15, 2011.  Fed. R. Crim. P. 5.1(d).  The

23  parties submit that the ends of justice are served by the Court

24  excluding such time that they may have reasonable time necessary

25  for effective preparation, taking into account the exercise of

26  due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular,

27  the additional time is required so that the government and

28  Defendant may analyze the evidence and determine whether this

                                1

case is appropriate for pre-indictment disposition.  This further request is also based on additional new information that the government has recently received and is currently reviewing.  The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: May 31, 2011          By:   */s/ Michael D. Anderson*
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney

DATED: May 31, 2011          By:   */s/Donald Dorfman*
                                        DONALD DORFMAN
                                        Attorney for the Defendant

                          O R D E R

     IT IS SO ORDERED

Date: June 2, 2011          /s/ Gregory G. Hollows
                          _____
                              HON. GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE