```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
```

FILED
JUL 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:08-MJ-261 GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) EXTEND TIME FOR PRELIMINARY |
| | ) EXAMINATION AND EXCLUDE TIME |
| OLIVER A. CHAPMAN, III, | ) |
| Defendant. | ) |

The parties agree that time beginning July 15, 2011, and extending through August 26, 2011, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until August 26, 2011, before Magistrate Judge Edmund F. Brennan. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the additional time is required so that the government and Defendant may analyze

1

1  case is appropriate for pre-indictment disposition. This further
2  request is also based in part on the need for the parties to
3  complete calculations related to loss and to complete the
4  investigation of relatively recently discovered information. The
5  parties submit that this interest of justice outweighs the
6  interest of the public and the Defendant in a speedy filing of an
7  indictment or information, in accordance with Title 18, United
8  States Code, § 3161(b) and (h)(7)(A), and further that this good
9  cause outweighs the public's interest in the prompt disposition
10 of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 14, 2011    By:  /s/ Michael D. Anderson
                             MICHAEL D. ANDERSON
                             Assistant U.S. Attorney


DATED: July 14, 2011    By:  /s/Donald Dorfman
                             DONALD DORFMAN
                             Attorney for the Defendant


O R D E R

IT IS SO ORDERED

Date: 7/14/11

HON. ~~GREGORY G. HOLLOWS~~ DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE