BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-MJ-261 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| v. ) | |
| OLIVER A. CHAPMAN, III, ) | |
| Defendant. ) | |

The parties agree that time beginning August 26, 2011, and extending through September 23, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until September 23, 2011.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the additional time is required so that the government and Defendant may analyze the government's proposed

resolution in light of the evidence in the case. This request is also based in part on the need for the parties to review calculations related to loss and to complete the investigation of relatively recently discovered information. The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 25, 2011       By:   /s/ Michael D. Anderson
                                   MICHAEL D. ANDERSON
                                   Assistant U.S. Attorney


DATED: August 25, 2011       By:   /s/Donald Dorfman
                                   DONALD DORFMAN
                                   Attorney for the Defendant

O R D E R

IT IS SO ORDERED

Date:  August 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE